UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY 19 PM 1: 42

CLERK

BY __AL__
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JUSTIN LLANO, aka "TJ," | ) |
| GLENDON PARRISH-CAMBELL, aka "B," and | ) |
| CHRISTOPHER EMMONS, | ) |
| Defendants. | ) |

Criminal No. 2:22-cr-59-1-2-3

## INDICTMENT

The Grand Jury charges:

### Count One

Between in or about March of 2022 and in or about May 2022, in the District of Vermont and elsewhere, the defendants JUSTIN LLANO, aka "TJ," GLENDON PARRISH-CAMBELL, aka "B," and CHRISTOPHER EMMONS, and others, known and unknown to the grand jury, knowingly and willfully conspired to distribute fentanyl, cocaine, and cocaine base, Schedule II controlled substances.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), and 846)

1

## Count Two

Between in or about March of 2022 and on or about May 13, 2022, in the District of Vermont, the defendant, CHRISTOPHER EMMONS, unlawfully and knowingly managed and controlled 2409 Vermont Route 110, Washington, Vermont, as owner and occupant, and knowingly and intentionally made available for use this residence for the purpose of unlawfully storing and distributing fentanyl, cocaine, and cocaine base, Schedule II controlled substances.

(21 U.S.C. § 856(a)(2))

## Count Three

On or about March 10, 2022, in the District of Vermont, the defendant GLENDON PARISH-CAMBELL, aka "B," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Four

On or about March 18, 2022, in the District of Vermont, the defendant JUSTIN LLANO, aka "TJ," knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Five

On or about April 22, 2022, in the District of Vermont, the defendant JUSTIN LLANO, aka "TJ," knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

REDACTED

FOREPERSON

NIKOLAS P. KEREST (ACG/JAO)
United States Attorney
Burlington, Vermont
May 19, 2022

5