UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-0059 |
| | ) | |
| | ) | **EX PARTE** |
| CHRISTOPHER EMMONS, | ) | |
| Defendant. | ) | **UNDER SEAL** |

**GOVERNMENT'S MOTION FOR REVOCATION OF CONDITIONS OF RELEASE**

The United States of America, by and through its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, moves to revoke the defendant's pretrial release pursuant to 18 U.S.C. § 3148, and requests that the Court issue a warrant for the defendant's arrest and schedule a hearing to determine whether revocation is appropriate.

On September 22, 2022, the Government received a violation report from the U.S. Probation Office concerning the defendant.   The violation report alleges that the defendant violated his conditions of release, specifically Condition 7(m), by: using cocaine as evidenced by three positive sweat patches, which were worn by the defendant from August 24 to August 31, 2022, August 31 to September 7, 2022, and September 7 to September 14, 2022, respectively. Each sweat patch result was positive for cocaine metabolite.   Accordingly, the government submits there is clear and convincing evidence that the defendant has violated his release conditions, and requests that the Court issue an arrest warrant for the defendant so that he may be brought promptly before the Court to show cause as to why his conditions of release should not be revoked.   The government also moves the Court to seal this motion and any related order, the

arrest warrant, and all corresponding docket entries until the defendant's arrest to prevent his flight and to protect the arresting officers.

Dated at Burlington, in the District of Vermont, this 28th day of September 2022.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By:    */s/ Andrew C. Gilman*
Andrew C. Gilman
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402
(802) 951-6725
Andrew.Gilman2@usdoj.gov