NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                                    Case No.  2:22-cr-59-3

Christopher Emmons

TAKE NOTICE that the above-entitled case is scheduled for Thursday, October 6, 2022 at 1:00 p.m. before the Honorable Kevin J. Doyle, Magistrate Judge, for a hearing on the government's Motion for Revocation of Conditions of Release **via video conference**.

Location:  by video                                              JEFFREY S. EATON, Clerk
                                                                           By: */s/ H. Beth Cota*
                                                                           Deputy Clerk
                                                                           10/5/2022

TO:

Andrew C. Gilman, AUSA
Jonathan Ophardt, AUSA

Mark D. Oettinger, Esq.