AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont ▾

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**2023 FEB -3 AM 11: 20**

CLERK

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:22CR00059-3 |
| | ) | |
| | ) | |
| | ) | |
| Christopher Emmons | ) | |
| *Defendant* | ) | |

RCVD U.S. MARSHALS VT
JAN 23 2023 AT 08:45

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Christopher Emmons
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ☑ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:
Illicit substance use

Date:     01/20/2023

*Issuing officer's signature*

City and state:     Burlington, Vermont

Hon. William K. Sessions III, U.S.D.C. Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/23/23 , and the person was arrested on *(date)*  2/2/23 at *(city and state)*  Burlington, VT . |
| Date: 2/2/23 |
| *Arresting officer's signature* |
| David A. Rice DUSM |
| *Printed name and title* |