UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:22-cr-59-wks-3 |
| ) | |
| CHRISTOPHER EMMONS ) | |

### DEFENDANT'S MOTION TO SET CONDITIONS OF RELEASE

NOW COMES Defendant, Christopher Emmons, by and through his attorney, Mark D. Oettinger, and hereby respectfully moves that he be released to attend residential treatment at Valley Vista, in Bradford, Vermont, to be followed by living at his long-standing residence in Washington, Vermont.

While in detention at the Cheshire County Department of Corrections, Mr. Emmons has been screened by, and has been accepted for admission to, Valley Vista, in Bradford, Vermont. As the attached email indicates, Mr. Emmons has been offered a treatment bed with an intake date of Tuesday, March 21, 2023, at Noon. Mr. Emmons submits to the Court that his long-standing residence at 2409 Route 110 in Washington, Vermont, is an appropriate place for him to live following his release from Valley Vista's residential treatment program. He grew up there, has numerous immediate and extended family members close by, and is near his IOP provider and primary care physician. The Court is aware that Mr. Emmons is under doctor's close observation for a mass on or near his heart, which is believed to be related to the extreme weight fluctuations that have plagued him during his period of pretrial release to date.

In accordance with United States District Court, District of Vermont, Local Rule 7(a)(7), defense counsel has conferred with AUSA Andrew Gilman regarding this motion. Mr. Gilman has authorized us to represent to the Court that his office takes no position on the above release plan at this time, pending receipt of Probation's views.

For the reasons stated above, Mr. Emmons respectfully requests that the Court set conditions of release allowing him to attend residential treatment at Valley Vista's Bradford, Vermont location, starting on Tuesday, March 21, 2023, at Noon, to be followed by residing at his home at 2409 Route 110, Washington, Vermont, and

otherwise abiding by the conditions set by the Court and the United States Probation Office.

DATED at Burlington, Vermont this 15th day of March, 2023.

_____
Mark D. Oettinger, Esq.
Attorney for Christopher Emmons
Montroll, Oettinger & Barquist, P.C.
126 College Street, Suite 400
P.O. Box 1045
Burlington, VT 05402
(802) 540-0250
moettinger@mblawoffice.com