## Moz St. Pierre

**From:** Kaitlyn Ross <Kaitlyn.Ross@VVista.net>
**Sent:** Tuesday, March 14, 2023 4:05 PM
**To:** Moz St. Pierre
**Cc:** Mark Oettinger; Kylie Cordner; Michelle Bourassa
**Subject:** RE: CE Admission Date

Next Tuesday 03/21 at 12:00 pm.

**From:** Moz St. Pierre <mstpierre@mblawoffice.com>
**Sent:** Tuesday, March 14, 2023 3:11 PM
**To:** Kaitlyn Ross <Kaitlyn.Ross@VVista.net>
**Cc:** Mark Oettinger <moettinger@mblawoffice.com>; Kylie Cordner <kcordner@mblawoffice.com>; Michelle Bourassa <mbourassa@co.cheshire.nh.us>
**Subject:** RE: CE Admission Date

Hello Kaitlyn,

Thank you for writing to inform us that Mr. Emmons has been accepted to Valley Vista. What is his Admission Date and Time?

Respectfully,

Moz Lee St. Pierre, DHA, MFS, MPH

Montroll, Oettinger & Barquist, P.C.
126 College Street, 4th Floor
P.O. Box 1045
Burlington, VT 05402
Reception: 802-540-0250
Fax: 802-540-0263
mstpierre@mblawoffice.com
www.mblawoffice.com
www.worldcourtofhumanrights.net



**From:** Kaitlyn Ross <Kaitlyn.Ross@VVista.net>
**Sent:** Tuesday, March 14, 2023 1:30 PM
**To:** Kylie Cordner <kcordner@mblawoffice.com>; Esmann, Thomas <Thomas.Esmann@vermont.gov>
**Cc:** Mark Oettinger <moettinger@mblawoffice.com>; Moz St. Pierre <mstpierre@mblawoffice.com>
**Subject:** RE: CE

God afternoon,

I am writing to inform everyone that Mr. Emmons has been accepted to Valley Vista.